UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21194-CIV-HOEVELER

FERNANDO ALVAREZ,

    Plaintiff,

v.

JOSELINE NUNEZ,
GUILLERMO MORRINGLANE,
DRA. MARIA ISABEL PALACIN ROSARIO,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY

This Cause comes before the Court on the Motion for Substitution of Party, filed May 5, 2013, by Marta Alvarez. Defendants filed a response which argues that although the request for substitution is untimely,[1] it is nevertheless necessary that such substitution occur in light of the Defendants' desire to challenge the default judgment entered against them. Defendants have requested that Alvarez provide documentation supporting her assertion that she is entitled to proceed in this action. Plaintiffs did not file a reply brief.

According to Fed. R. Civ. P. 25(a), "[a] motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). As the Court previously noted, "it is not evident from the record that Mrs. Alvarez is the personal representative or the executor of her husband's estate, i.e.,

---

[1] A "Suggestion of Death" was filed on April 3, 2012, indicating that Plaintiff died on March 22, 2012; a certificate of his death was filed on May 2, 2012.

there is no evidence that she is the 'representative' of the deceased Plaintiff." The Court has determined that the substitution shall be permitted - however, the substitution is contingent upon the filing by Mrs. Alvarez, within twenty (20) days, of evidence supporting her assertion that she is the Plaintiff's successor or representative.

DONE AND ORDERED in Chambers in Miami this 22nd day of July 2013.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

copies to:
  Claudio Rivera, counsel for Marta T. Alvarez
  Jaime Lee McSweeney and Martin G. McCarthy (counsel for Defendants)